UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANDRE D. MUHAMMAD,

                Plaintiff,

                                                ORDER
      v.                                     98-CV-250A

DR. O'CONNELL, et al.,

                Defendants.

---

        On November 17, 2005, plaintiff Andre D. Muhammad filed objections to a decision by Magistrate Judge H. Kenneth Schroeder, Jr., purportedly filed on October 10, 2005. The Court notes that Magistrate Judge Schroeder did not file a decision on October 10, 2005. It appears that the defendant is objecting to a text order filed by Magistrate Judge Schroeder on October 3, 2005.

        Pursuant to 28 U.S.C. § 636(b)(1)(A), the district court "may reconsider any pretrial matter under this [section] where it has been shown that the magistrate's order is clearly erroneous or contrary to law." The Court has reviewed Magistrate Judge Schroeder's text order and the objections thereto. Upon such review, the Court finds that Magistrate Judge Schroeder's order is neither clearly erroneous nor contrary to law. Accordingly, the Court denies the plaintiff's objections.

IT IS SO ORDERED.

           /s/ Richard J. Arcara
           HONORABLE RICHARD J. ARCARA
           CHIEF JUDGE
           UNITED STATES DISTRICT COURT

DATED: November   23   , 2005